## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re:  THOMAS K. PATEFIELD                §        Case No. 08-72681
　　　　LINDA J. PATEFIELD                   §
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　Debtors                        §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

    1)   The case was filed on 08/20/2008.

    2)   The plan was confirmed on 12/23/2008.

    3)   The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
       01/01/1900.

    4)   The trustee filed action to remedy default by the debtor in performance under the plan
       on 08/05/2010.

    5)   The case was dismissed on 10/08/2010.

    6)   Number of months from filing or conversion to last payment: 21.

    7)   Number of months case was pending: 28.

    8)   Total value of assets abandoned by court order: NA.

    9)   Total value of assets exempted: $86,903.00.

    10) Amount of unsecured claims discharged without full payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 21,053.41 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 21,053.41 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,534.04 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,534.04 |

Attorney fees paid and disclosed by debtor:          $ 0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY PHILIP H HART | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| CANDLEWICK LAKE ASSOCIATION | Uns | 1,102.91 | NA | NA | 0.00 | 0.00 |
| CHRYSLER HOURLY EMPLOYEES' | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Sec | 0.00 | 1,142.98 | 1,142.98 | 1,142.98 | 0.00 |
| COUNTRYWIDE HOME LOANS INC | Sec | 0.00 | 31,917.93 | 0.00 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Uns | 0.00 | 47,940.85 | 0.00 | 0.00 | 0.00 |
| MEMBERS ALLIANCE CR UN | Sec | 16,500.00 | 18,497.02 | 16,500.00 | 8,247.66 | 1,723.69 |
| MEMBERS ALLIANCE CR UN | Uns | 1,624.56 | 0.00 | 1,997.02 | 77.14 | 0.00 |
| US BANK/RETAIL PAYMENT | Sec | 7,000.00 | 13,216.15 | 991.74 | 991.74 | 496.14 |
| US BANK/RETAIL PAYMENT | Uns | 6,184.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Sec | 500.00 | 2,295.80 | 500.00 | 500.00 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 1,176.78 | 0.00 | 1,795.80 | 69.37 | 0.00 |
| BOONE COUNTY TREASURER | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| AQUA ILLINOIS, INC. | Uns | 313.87 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES aka BANK OF | Uns | 4,605.99 | 4,879.12 | 4,879.12 | 179.91 | 0.00 |
| FIA CARD SERVICES aka BANK OF | Uns | 7,871.46 | 8,668.66 | 8,668.66 | 334.88 | 0.00 |
| FIA CARD SERVICES aka BANK OF | Uns | 32,462.11 | 33,197.42 | 33,197.42 | 1,282.44 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BENEFICIAL NATIONAL BANK | Uns | 87.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 9,613.75 | 10,956.46 | 10,956.46 | 423.26 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 14,649.00 | 15,264.03 | 15,264.03 | 589.66 | 0.00 |
| ECAST SETTLEMENT | Uns | 18,716.57 | 20,825.70 | 20,825.70 | 804.52 | 0.00 |
| CHASE BANK USA NA | Uns | 1,946.15 | 2,033.83 | 2,033.83 | 78.57 | 0.00 |
| CHASE BANK USA NA | Uns | 5,661.01 | 6,188.85 | 6,188.85 | 228.20 | 0.00 |
| ECAST SETTLEMENT | Uns | 3,569.69 | 3,868.66 | 3,868.66 | 136.45 | 0.00 |
| ECAST SETTLEMENT | Uns | 5,583.98 | 6,161.79 | 6,161.79 | 227.21 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 5,142.21 | 5,912.76 | 5,912.76 | 218.03 | 0.00 |
| CITI CARDS | Uns | 12,830.88 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,440.41 | 1,493.35 | 1,493.35 | 44.69 | 0.00 |
| DEX | Uns | 1,039.88 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 2,391.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 8,076.31 | 8,649.24 | 8,649.24 | 334.12 | 0.00 |
| DISH NETWORK | Uns | 135.85 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 12,344.77 | NA | NA | 0.00 | 0.00 |
| HSBC CARD PAYMENT CENTER | Uns | 2,226.00 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK USA | Uns | 2,090.88 | 1,728.00 | 1,728.00 | 66.75 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,545.92 | 1,745.66 | 1,745.66 | 67.44 | 0.00 |
| ECAST SETTLEMENT | Uns | 90.97 | 103.81 | 103.81 | 0.00 | 0.00 |
| SALLIE MAE EDUCATION FINANCE | Uns | 19,295.30 | 9,036.63 | 9,036.63 | 349.09 | 0.00 |
| SALLIE MAE | Uns | 9,171.74 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 2,415.99 | 2,497.04 | 2,497.04 | 96.46 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 2,379.85 | 4,003.45 | 4,003.45 | 141.21 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 7,677.93 | 9,068.96 | 9,068.96 | 350.35 | 0.00 |
| ECAST SETTLEMENT | Uns | 329.15 | 329.15 | 329.15 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 7,864.17 | 8,216.77 | 8,216.77 | 317.41 | 0.00 |
| CHAD FARRIS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY | Pri | 2,218.29 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,142.98 | $ 1,142.98 | $ 0.00 |
| Debt Secured by Vehicle | $ 17,491.74 | $ 9,239.40 | $ 2,219.83 |
| All Other Secured | $ 500.00 | $ 500.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 19,134.72 | $ 10,882.38 | $ 2,219.83 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 168,622.16 | $ 6,417.16 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,534.04 |
| Disbursements to Creditors | $ 19,519.37 |
| **TOTAL DISBURSEMENTS:** | $ 21,053.41 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/19/2011                    By:  /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**